**FISHER & PHILLIPS LLP**
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail: mricciardi@fisherphillips.com
          ddornak@fisherphillips.com

J. RANDALL COFFEY, ESQ.
Missouri Bar No. 35070 (*Admitted Pro Hac Vice*)
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO  64112
Telephone:  816-842-8770
Email:  rcoffey@fisherphillips.com

BARBARA J. D'AQUILA, ESQ.
Minnesota Bar No. 002112X (*Admitted Pro Hac Vice*)
FISHER & PHILLIPS, LLP
225 South 6th, Suite 3900
Minneapolis, MN  55402
Telephone:  612-999-7883
Email:  bdaquila@fisherphillips.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **RED ROCK RESORTS, INC., et al.,** | Case No.: 2:24-cv-01966-JCM-BNW |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR OPPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO SUBMIT BRIEFS EXCEEDING PAGE LIMITS SET BY LR 7-3** |
| v. | |
| **NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, et al.,** | |
| Defendants. | **(FIRST REQUEST)** |

1    IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that
2 Defendants will have an extension of time, up to and including December 27, 2024, to file their
3 Opposition to Plaintiffs' Motion for Preliminary Injunction ("Motion") (ECF No. 13).  Plaintiffs
4 filed their Motion on November 22, 2024.  This is the first request for an extension of this
5 deadline, and it is made in good faith and not for purposes of delay.  An extension is necessary
6 to allow Defendants sufficient time to address the complex constitutional legal issues raised in
7 Plaintiffs' Motion and due to existing commitments by counsel for Defendants.

   The parties further stipulate and agree that both Plaintiffs and Defendants may file
memorandums of points and authorities up to 40 pages in length supporting their position on
whether Plaintiffs' Motion should be granted.

Dated this 3rd day of December 2024.

| FISHER & PHILLIPS, LLP | National Labor Relations Board<br>Contempt, Compliance, & Special<br>Litigation Branch |
|---|---|
| By: /s/ David B. Dornak, Esq.<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | By: /s/ Grace L. Pezzella<br>Grace L. Pezzella, Esq.<br>1015 Half St. SE<br>Washington, D.C. 20023<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 4, 2024