**NATIONAL LABOR RELATIONS BOARD**
PAUL A. THOMAS
California Bar No. 280445
GRACE L. PEZZELLA
Massachusetts Bar No. 709601
1015 Half Street, S.E., Fourth Floor
Washington, D.C. 20003
Telephone: 202-273-3788
Email: paul.thomas@nlrb.gov
       grace.pezzella@nlrb.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **RED ROCK RESORTS, INC., ET AL.,** | Case No. 2:24-cv-01966-JCM-BNW |
| **Plaintiffs,** | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT OR RULE 12 MOTION** |
| v. | |
| **NATIONAL LABOR RELATIONS BOARD, *et al.*,** | |
| **Defendants.** | **(FIRST REQUEST)** |

i

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time to file an Answer or Rule 12 motion in response to the Complaint filed by Plaintiffs until 60 days after a decision is rendered on Plaintiff's Motion for Preliminary Injunction. Plaintiffs filed their Complaint on October 22, 2024, and service was made on the United States Attorney for this district on October 28, 2024. Accordingly, the due date for Defendants' Answer is currently December 27, 2024. This is the first request for an extension of this deadline, and it is made in good faith and not for purposes of delay. An extension is necessary due to Defendants' numerous outstanding deadlines, including the deadline to file its Opposition to Plaintiffs' Motion for Preliminary Injunction in this matter which is also December 27, 2024. Additionally, the 60-day period will provide the parties with sufficient time to assess whether any appeal should be taken from the Court's disposition of Plaintiffs' Motion for Preliminary Injunction.

Dated this 16th day of December 2024.

| FISHER & PHILLIPS, LLP | National Labor Relations Board<br>Contempt, Compliance, & Special Litigation Branch |
|---|---|
| By: */s/ David B. Dornak, Esq.*<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | By: */s/ Grace Pezzella*<br>Grace L. Pezzella<br>1015 Half St. SE<br>Washington, D.C. 20023<br>*Attorneys for Defendants* |

**IT IS SO ORDERED**

**DATED:** 9:58 am, December 17, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**