**FISHER & PHILLIPS LLP**
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail: mricciardi@fisherphillips.com
        ddornak@fisherphillips.com

J. RANDALL COFFEY, ESQ.
Missouri Bar No. 35070 (*Admitted Pro Hac Vice*)
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
Telephone: 816-842-8770
Email: rcoffey@fisherphillips.com

BARBARA J. D'AQUILA, ESQ.
Minnesota Bar No. 002112X (*Admitted Pro Hac Vice*)
FISHER & PHILLIPS, LLP
225 South 6th, Suite 3900
Minneapolis, MN 55402
Telephone: 612-999-7883
Email: bdaquila@fisherphillips.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **RED ROCK RESORTS, INC.**, et al., | Case No.: 2:24-cv-01966-JCM-BNW |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR REPLY TO DEFENDANTS' OPPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **NATIONAL LABOR RELATIONS BOARD**, a federal administrative agency, et al., | |
| Defendants. | (FIRST REQUEST) |

FP 53312762.1

1

1  IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiffs will have an extension of time, up to and including January 24, 2025, to file their Reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 20) filed on December 27, 2024. This is the first request for an extension of this deadline, and it is made in good faith and not for the purpose of delay. An extension is necessary to due conflicting commitments and prescheduled vacations by Plaintiffs' counsel. This stipulation is not a waiver of and is submitted without prejudice to either party's position on the merits of Plaintiffs' Motion.

Dated this 31st day of December 2024.

| FISHER & PHILLIPS, LLP | National Labor Relations Board<br>Contempt, Compliance, & Special<br>Litigation Branch |
|---|---|
| By: /s/ David B. Dornak, Esq.<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | By:/s/ Paul A. Thoma, Esq.<br>Paul A. Thomas, Esq.<br>1015 Half St. SE<br>Washington, D.C. 20023<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: Jan 6, 2025

FP 53312762.1