**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RED ROCK RESORTS, INC. *et al.*,

Plaintiff,

v.

NATIONAL LABOR RELATIONS BOARD, *et al.*,

Defendants.

**Case No. 2:24-cv-01966-ART-BNW**

**ORDER GRANTING**

**MOTION TO ADMIT GOVERNMENT ATTORNEY**

Defendants National Labor Relations Board, *et al.* (collectively, "the NLRB") move this Court, pursuant to LR IA 11-3, for the admission of Steven A. Bieszczat to the Bar of this Court for the purpose of representing the National Labor Relations Board ("NLRB") and all official-capacity defendants in this matter, during the period of his employment by the NLRB.

Mr. Bieszczat has been a licensed attorney since December 4, 2017, and is a member in good standing of the Bar of Illinois (Bar # 6326593). Mr.

Bieszczat has been employed as an attorney with the NLRB since January 2022 in Washington, D.C.

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Steven A. Bieszczat to practice before this Court during the period of his employment by the NLRB as an attorney.

Respectfully submitted,

s/ *Grace L. Pezzella*
Grace L. Pezzella
Trial Attorney
(202) 273-0247
grace.pezzella@nlrb.gov

National Labor Relations Board
Contempt, Compliance, and
Special Litigation Branch
1015 Half Street, S.E., Fourth Floor

Dated: July 17, 2026

**IT IS SO ORDERED:**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: July 28, 2026