**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **RED ROCK RESORTS, INC., et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, et al.,**<br>**Defendants, and**<br><br>**LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS,**<br><br>**Intervenor.** | Case No.: 2:24-cv-01966-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION A TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND INTERVENOR'S MOTION TO DISMISS AND EXTENSION OF TIME FOR DEFENDANTS AND INTERVENOR TO FILE THEIR REPLIES**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiffs will have an extension of time, up to and including, **August 20, 2026**, to respond to the pending Motions to Dismiss (ECF Nos. 60, 65). The current due date for Plaintiffs' responses is **July 30, 2026**. (ECF No. 66). The parties' counsel of record further stipulate and agree that Defendants and Intervenor shall have until **September 17, 2026**, to file replies supporting their respective pending Motions to Dismiss.

This is the first request for an extension of these deadlines, and it is made in good faith and not for the purpose of delay. The extensions are necessary due to conflicting commitments by Plaintiffs' counsel and to allow all parties sufficient time to address the complex legal issues raised in the pending Motions to Dismiss.

Dated this 24th day of July, 2026.

FISHER & PHILLIPS, LLP

*/s/ David B. Dornak, Esq.*
Mark J. Ricciardi, Esq.
David B. Dornak, Esq.
Barbara J. D'Aquila, Esq.
J. Randall Coffey, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

NATIONAL LABOR RELATIONS BOARD
Contempt, Compliance & Special Litigation Branch
*/s/ Grace L. Pezzella*
Grace L. Pezzella, Esq.
1015 Half St. SE
Washington, DC 20023
*Attorneys for Defendants*

MCCRACKEN, STEMERAN & HOLSBERRY LLP

*/s/ Paul L. More*
Paul L. More, Esq.
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV 89146
*Attorneys for Local Joint Executive Board Of Las Vegas*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: July 28, 2026