NATIONAL LABOR RELATIONS BOARD
Contempt, Compliance, and Special Litigation Branch
Steven A. Bieszczat
IL Bar No. 6326593
1015 Half Street, S.E. - Fourth Floor
Washington, D.C. 20003
Tel: (202) 780-4428
Fax: (202) 273-4244
Email: Steven.Bieszczat@NLRB.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RED ROCK RESORTS, INC. *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, *et al.*,<br><br>Defendants, and<br><br>LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS,<br><br>Intervenor-Defendant. | Case No. 2:24-cv-01966-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS AND INTERVENOR TO FILE REPLIES IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS, AND IN SUPPORT OF DEFENDANTS' MOTION, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, Defendants, and Intervenor-Defendant, by and through counsel of record, that Defendants will have a 1-week extension of time, up to and including, **September 24, 2026**, to file their reply in support of their motion to dismiss, or in the alternative, for summary judgment, ECF 65. It is further STIPULATED AND AGREED by Plaintiffs, Defendants, and Intervenor-Defendant, by and through counsel of record, that Intervenor-Defendant will have the same 1-week extension of time, up to and including, **September 24, 2026**, to file their reply in support of their motion to dismiss, ECF 60.

This is the second request for an extension of this deadline, and it is made in good faith and not for the purpose of delay. The extension is necessary due to conflicting commitments of Defendants' counsel, and in order to allow the parties sufficient time to address the complex legal issues raised in the pending motions and in Plaintiff's oppositions, ECF 77, 78.

Respectfully submitted,

Dated: August 27, 2026

/s/ *Steve Bieszczat*
STEVEN A. BIESZCZAT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, S.E., Fourth Floor
Washington, D.C. 20003
Tel: 202-780-4428
Email: Steven.Bieszczat@NLRB.gov
*Attorney for Defendants*

Dated: August 27, 2026

/s/ *David B. Dornak*
DAVID B. DORNAK
Fisher & Phillips LLP
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Tel: 702-252-3131
Email: ddornak@fisherphillips.com
*Attorney for Plaintiff*

Dated: August 27, 2026

/s/ *Paul More*
PAUL L. MORE
McCracken, Stemerman & Holsberry, LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV 89146
Tel: 702-386-5107
Email: pmore@msh.law
*Attorney for Intervenor-Defendant*

**ORDER**

**IT IS SO ORDERED:**

______________________________
United States District Judge

Dated: ________________