NATIONAL LABOR RELATIONS BOARD
Contempt, Compliance, and Special Litigation Branch
Paul A. Thomas
California Bar #280445
1015 Half Street, S.E.—Fourth Floor
Washington, D.C. 20003
Tel: (628) 221-8831
Fax: (202) 273-4244
Email: paul.thomas@nlrb.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RED ROCK RESORTS, INC. *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, *et al.*,<br><br>Defendants, and<br><br>LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS,<br><br>Intervenor. | Case No. 2:24-cv-01966-JCM-BNW<br><br>**DEFENDANTS' STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants National Labor Relations Board, *et al.* (collectively, "NLRB"), and its undersigned counsel, hereby stipulate to withdraw the appearance of Paul A. Thomas as counsel for the NLRB. The NLRB will continue to be represented by all other current counsel of record.

Respectfully submitted,

*/s/ Paul A. Thomas*
PAUL A. THOMAS
*Attorney* (CA BAR NO. 280445)
Telephone: (628) 221-8831
Fax: (202) 273-4244
Email: paul.thomas@nlrb.gov

*/s/ Michael S. Dale*
MICHAEL S. DALE
*Supervisory Attorney* (DC BAR NO. 1658811)
Telephone: (202) 273-0008
Fax: (202) 273-4244
Email: michael.dale@nlrb.gov

/s/ *Grace L. Pezzella*
GRACE L. PEZZELLA
*Supervisory Attorney* (MA BAR NO. 709601)
Telephone: 202-273-3788
Fax: (202) 273-4244
Email: grace.pezzella@nlrb.gov

/s/ *Steve Bieszczat*
STEVEN A. BIESZCZAT
National Labor Relations Board
*Attorney* (IL BAR NO. 6326593)
Telephone: 202-780-4428
Fax: (202) 273-4244
Email: Steven.Bieszczat@NLRB.gov

NATIONAL LABOR RELATIONS BOARD
*Contempt, Compliance, and Special Litigation Branch*
1015 Half Street, S.E., Fourth Floor
Washington, D.C. 20003

Dated: August 27, 2026

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2026